UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

Nos. 19-3057, 19-3058, 19-3059, 19-3254 & 19-3255

In re:  NATIONAL MEDICAL IMAGING, LLC;
NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC


NATIONAL MEDICAL IMAGING, LLC;
NATIONAL MEDICAL IMAGING HOLDING COMPANY, LLC,
                    Appellants in Nos. 19-3057, 19-3058 & 19-3059

v.

U.S. BANK, N.A.; LYON FINANCIAL SERVICES, INC.,
d/b/a U.S. Bank Portfolio Services; DVI RECEIVABLES XIV, LLC;
DVI RECEIVABLES XVI, LLC; DVI RECEIVABLES XVII, LLC;
DVI RECEIVABLES XVIII, LLC; DVI RECEIVABLES XIX, LLC;
DVI FUNDING, LLC; ASHLAND FUNDING, LLC; JANE FOX

Ashland Funding, LLC,
Appellant in No. 19-3254

U.S. Bank, N.A.; Lyon Financial Services, Inc.;
DVI Receivables XIV, LLC; DVI Receivables XVI, LLC;
DVI Receivables XVII, LLC; DVI Receivables XVIII, LLC;
DVI Receivables XIX, LLC; DVI Funding, LLC; Jane Fox,
Appellants in No. 19-3255

(E.D. Pa. No. 2-15-mc-00146, 2-15-mc-00147 & 2-16-cv-05044)
_____

SUR PETITION FOR PANEL REHEARING
_____

Present:  JORDAN, MATEY, and ROTH,[*] *Circuit Judges*.

Having been submitted to the judges who participated in the decision of this Court,

it is hereby ORDERED that the petition for rehearing by the panel filed by the appellants

_____

[*] Judge Roth's vote is limited to panel rehearing only.

in the above-entitled case is GRANTED.  The opinion and judgment entered on June 11, 2020 are hereby vacated.

As the merits panel has granted panel rehearing, no further action will be taken by the en banc court.  The Clerk is directed to file the amended opinion and judgment contemporaneously with this Order.

BY THE COURT,

 s/ Kent A. Jordan
Circuit Judge

DATED: August 25, 2020
CJG/cc:    Steven M. Coren, Esq.
         Aris J. Karalis, Esq.
         Francis X. Lane, Esq.
         Melissa C. Mazur, Esq.
         Steven J. Adams, Esq.
         Philip D. Anker, Esq.
         Peter H. Levitt, Esq.
         Stacey A. Scrivani, Esq.
         Danielle M. Spinelli, Esq.
         Amy E. Vulpio, Esq.
         David R. Kuney, Esq.